REUBEN L. HAAS, Respondent, v. MAURICE J. SAPERSTONE, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Order to

be settled on notice.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.